IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00295-CR

 

Johnny Ray Abbott,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 40th District
Court

Ellis County, Texas

Trial Court No. 28838CR

 



MEMORANDUM  Opinion



 

On the State’s petition for discretionary
review, the Court of Criminal Appeals reversed our decision in this case,
holding that we lacked jurisdiction over this appeal and that we should have
dismissed it for lack of jurisdiction.  See Abbott v. State, 271 S.W.3d
694 (Tex. Crim. App. 2008).

The case was remanded to us for further
proceedings consistent with the Court of Criminal Appeals’ opinion.  Id. at 697.  Upon our request, neither party has provided additional briefing on
remand and both have waived any further response.

 

We dismiss this case for lack of
jurisdiction.  Tex. R. App. P.
43.2(f).

 

 

REX D. DAVIS

Justice

 

 

Before Chief
Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Dismissed

Opinion
delivered and filed May 13, 2009

Do
not publish

[CR25]